IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 4:21-cr-101 |
| | ) |
| CONNIE DEAL | ) |

## ORDER OF DISMISSAL

Currently before the Court is the Government's Motion for Dismissal of Information. In its motion, the Government requests pursuant to Federal Rule of Criminal Procedure 48(a) that the Court dismiss without prejudice the Information in this case. After careful consideration, the Government's motion is **GRANTED** and the Information in this case is **DISMISSED WITHOUT PREJUDICE**.

So ordered, this 27th day of October, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA